IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01717-MSK-KLM

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

STATCON ENTERPRISES, LLC,
STATES BUILT, LLC,
JARED STATES,
ROSALIND STATES, and
KEVIN G. CONDERINO,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Unopposed Motion to Amend Complaint to Add Party and Memorandum of Law in Support Thereof** [Docket No. 27; Filed October 29, 2008] (the "Motion"). Plaintiff seeks to amend its complaint and join Defendant Kevin G. Conderino as a party.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Amendment of a party's complaint and joinder of an additional Defendant are authorized by Fed. R. Civ. P. 15 & 19 when justice would be served by amendment, joinder would not deprive the Court of jurisdiction, and joinder is feasible and necessary to provide Plaintiff complete relief. I find that Plaintiff's tendered Amended Complaint satisfies the Rules' criteria.

    IT IS FURTHER **ORDERED** that the Court accepts Plaintiff's Amended Complaint [Docket No. 27-2] for filing as of the date of this Minute Order. Accordingly, the caption shall be amended as set forth above.

    IT IS FURTHER **ORDERED** that Plaintiff shall serve Defendant Kevin G. Conderino with the Summons and Amended Complaint on or before **November 24, 2008**.

    IT IS FURTHER **ORDERED** that Defendants Rosalind States and Jared States shall answer or otherwise respond to the Amended Complaint on or before **November 19, 2008**, in accordance with Fed. R. Civ. P. 15(a)(3).

Dated: October 30, 2008